IN THE

## COURT OF CRIMINAL APPEALS' OF TEXAS

LUKE ADAM STANTON, SR.,              §

          Appellant,              §          Cause No. PD-1482-14

  v.                              §      Cause No. PD-1483-14

THE STATE OF TEXAS,                  §          Cause No. PD-1484-14

          Appellee.              §

---

### MOTION AND REQUEST FOR COPIES

---

TO THE HONORABLE JUSTICES OF SAID COURT:

    LUKE ADAM STANTON, Sr., Appellant, pro se, in the above entitled numbered causes, and upon good cause, moves the Honorable Court for copies of Appellant's attached Appendix'es submitted in his Petition for Discretionary Review and the Petition for Rehearing. Attached Appendix'es should include, the Court of Appeals for the Eighth District's "Judgment and Opinion" for all three above cause NOS., and the Appendix'es "A - F" in the Rehearing, and would show the Court the Following:

    1. Appellant has filed his original documents to the Honorable Court.

    2. Appellant did not and does not have access to a copy machine.

    3. TDCJ-Michael Unit does not make copies for any reasons.

    4. Appellant may need the Appendix'es for further proceedings.

    For the above forgoing reasons, Appellant respectfully request that the Honorable Court provide copies of the submitted Appendix'es.

Respectfully Submitted,

_____April 08, 2015_____
        Date

Luke Stanton   #1830011
TDCJ - Michael Unit
2664 FM 2054
TN. Colony, Texas   75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

IN THE

## COURT OF CRIMINAL APPEALS' OF TEXAS

LUKE ADAM STANTON, SR.,     §

        Appellant,     §     Cause No. PD-1482-14

  v.                §     Cause No. PD-1483-14

THE STATE OF TEXAS,     §     Cause No. PD-1484-14

        Appellee.     §

---

### ORDER FOR COPIES

---

1. The Court recommends that copies of Appellant's Appendix'es be

    GRANTED / DENIED

2. If GRANTED, the Clerk of the Court is ordered to prepare a copy of the Appendix'es in the above cause's and transmit them, and a copy of this Order.

3. The Clerk of the Court is ordered to send the above Order to Appellant, Luke Adam Stanton, Sr., TDCJ - Michael Unit, #1830011, 2664 FM 2054, TN. Colony, Texas 75886.

        SIGNED on this, the _____ day of April, 2015.


                              _____
                              JUDGE PRESIDING